IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OCHOLI IREDIA, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KAREN FITZGERALD, District Director, U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services, et al. | : : : : : | NO. 10-228 |

## ORDER

AND NOW, this 27th day of July, 2010, upon consideration of defendants' Motion to Dismiss (Docket No. 13), the plaintiffs' opposition and the defendants' reply thereto, IT IS HEREBY ORDERED that said motion is GRANTED for the reasons stated in a memorandum of today's date. This case is hereby dismissed and the case is closed.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.